ANALIDIO COSTA
Two sons and wife
1999 Mc Cloud River
Chula Vista, CA 91913

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANALIDIO COSTA<br>Two sons and a wife<br>Plaintiff<br>VS<br><br>Director of CHICKEN OF THE SEA INTERNATIONAL Company<br>9330 Scranton Rd<br>San Diego, CA 92121-7706<br>Defendants | '07 [illegible] 2072 JLS (NLS)<br>N.<br>COMPLAINT FOR DAMAGES FOR PERSONAL INJURIES |

Comes now Plaintiff ANALIDIO COSTA and for a cause of action against the Defendants, and each of them alleges

## CAUSE OF ACTION

1. Plaintiff is informed, believes and thereon alleges that each Defendant is responsible in some manner, for the events and happenings herein to. Defendants are now responsible for the benefits and interests of **Van de Camp Sea Food Company now Chicken of the Sea** due to their purchase of this company. Therefore Plaintiff now sues the Defendants since Plaintiff has a pending case with Van de Camp (Chicken of the Sea.)

2. At all times herein mentioned, Van de Camp Sea Food Company was authorized to do and doing business in the County of San Diego, State of California.
That at all times herein mentioned, Van de Camps Sea Food Company was the owner, the operating manager and controlled the Constellation vessel. They used and employed such vessel for the purpose of fishing on navigable waters of the United States of America.

4. The accident occurred about February 11th 1982 and until today they have refused to pay what they owe me. The Plaintiff elects to maintain this action under the provisions of Section 33 of Merchants Seaman's Act of June 05th 1920 C.250 1 STAT 1100, otherwise known as the John's Act and under general Maritime Law.

The direct and proximate cause of Plaintiff's injuries as above mentioned, was the unworthiness of the Constellation vessel. While the Plaintiff was performing his duties, a 10' x 1" x 1/8 " steel bar fell on Plaintiff's head, causing him severe head injuries that required surgery. Attorney Donald Hildre asked the Plaintiff to provide with the piece of a steel bar after the ship returned a San Diego. He gave it to the insurance lawyer. Plaintiff also required a heart surgery as a result from stress caused by this issue as well as stomach surgery.

III. That by reason of fraudulent behavior of Donald Hildre, Robert Brewer, Michelle Greer who Plaintiff hired to file suit against Defendants, Plaintiff has not received justice regarding this manner. This attorney, as well as Robert Brewer and Judge Michael Greer, were found to be fraudulent people. This is the reason why is taking me so long. I am in the most poverty to plead my cause although Maritime Law helps me to continue to seek justice. The 1962 Law obligates to every person who has suffered an accident to receive compensation to him/ her and to his/ her family. The plaintiff also received threats by the Sheriffs police, who then apologized for such behavior.

10. That by reason of what the Plaintiff's had suffered and will continue to suffer loss of income and financial stress caused by years of injustice. Plaintiff prays this court will grant judgment on his behalf in the amount of **twenty million dollars** plus interests generated until today for me, my spouse and my two sons.

Sincerely,

ANALIDIO COSTA

*STATE OF CALIFORNIA)*
*)SS*
*COUNTY OF SAN DIEGO)*

*SUBSCRIBED AND SWORN TO BEFORE ME ON THIS 29th, DAY OF OCTOBER 2007, BY ANALIDIO COSTA, PROVED TO ME ON THE BASIS OF SATISFACTORY EVIDENCE TO BE THE PERSON WHO APPEARED BEFORE ME.*

*VICTORIA E. PALACIOS*
*NOTARY PUBLIC*

VICTORIA E. PALACIOS
Commission # 1527511
Notary Public - California
San Diego County
My Comm. Expires Nov 18, 2008

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

FILED 07 OCT 30 PM 12: 37 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

**I. (a) PLAINTIFFS**

Analidio Costa

**(b)** County of Residence of First Listed Plaintiff ________

(EXCEPT IN U.S. PLAINTIFF CASES)

1999 Mc Cloud River
Chula Vista CA 91913

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

**DEFENDANTS**

Director Chicken of the Sea Int
9330 Scranton Rd

County of Residence of First Listed Defendant San Diego 92121-7706

(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known) '07 CV 2072 JLS (NLS)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☒ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☒ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence

Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)

☐ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☒ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): act of June 05th 1920 c 250 of June 1 Stat 1100 Jones Act

Brief description of cause: No Payment of in Demnization

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 DEMAND $ 20,000.000 CHECK YES only if demanded in complaint: JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE ________ DOCKET NUMBER ________

DATE 10/30/07 SIGNATURE OF ATTORNEY OF RECORD [signature]

FOR OFFICE USE ONLY

RECEIPT # ________ AMOUNT ________ APPLYING IFP ________ JUDGE ________ MAG. JUDGE ________